IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY KISELLA, Ind. and as Executrix of the ESTATE OF NICHOLAS KISELLA, Deceased<br>　　　　　　　　　Plaintiff,<br>vs.<br><br>PHILIP J. CINELLI, D.O., LVPG FAMILY MEDICINE-BANGOR a/k/a BANGOR MEDICAL CENTER, INC., JOHN/JANE DOE PROVIDERS A-Z (multiple fictitious persons and/or entities), JOHN /JANE DOE EMPLOYERS A-Z (multiple fictitious entities), j/s/a<br>　　　　　　　　　Defendants. | NO. 5:17-cv-04512-JLS |

## ORDER

AND NOW, this  27th  day of  December , 201 7 , upon consideration of the Stipulation of the parties to Vacate Default Judgment, it is hereby **ORDERED** and **DECREED** that the Stipulation is **APPROVED**, and further that the default judgement entered against Defendant, Philip J. Cinelli, D.O. on December 8, 2017, is hereby vacated.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HON. JEFFREY L. SCHMEHL, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY KISELLA, Ind. and as Executrix of the ESTATE OF NICHOLAS KISELLA, Deceased<br>Plaintiff,<br>vs.<br><br>PHILIP J. CINELLI, D.O., LVPG FAMILY MEDICINE-BANGOR a/k/a BANGOR MEDICAL CENTER, INC., JOHN/JANE DOE PROVIDERS A-Z (multiple fictitious persons and/or entities), JOHN /JANE DOE EMPLOYERS A-Z (multiple fictitious entities), j/s/a<br>Defendants. | NO. 5:17-cv-04512-JLS |

## STIPULATION TO VACATE DEFAULT JUDGMENT

It is hereby **STIPULATED** by and between the undersigned counsel that the default judgment entered against Defendant, Philip J. Cinelli, D.O on December 8, 2017, is hereby **VACATED** by agreement of the parties. It is further agreed by counsel for the parties that this Stipulation may be executed in any number of telecopied counterparts, each of which shall be deemed an original as against any party whose signature appears thereon, and all of which shall together constitute one and the same instrument.

WEISS & PAARZ, P.C.

_____
JESSICA L. RODIO, ESQUIRE
Attorneys for Plaintiff

KILCOYNE & NESBITT, LLC

_____
GREGORY S. NESBITT, ESQUIRE
LAURIE B. SHANNON, ESQUIRE
Attorney for Defendant,
Philip J. Cinelli, D.O.

Dated: 12/20/17