IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY KISELLA, Individually and as Executrix of the ESTATE OF NICHOLAS KISELLA, Deceased,<br><br>          Plaintiff<br><br>vs.<br><br>PHILIP J. CINELLI, D.O.; LVPG FAMILY MEDICINE-BANGOR a/k/a BANGOR MEDICAL CENTER, INC.; JOHN/JANE DOE PROVIDERS A-Z (multiple fictitious persons and/or entities); JOHN/JANE DOE EMPLOYERS A-Z (multiple fictitious entities, j/s/a<br><br>          Defendant | NO. 5:17-cv-04512-JLS |

## STIPULATION TO VACATE DEFAULT JUDGMENT

The undersigned parties hereby STIPULATE that the default judgment entered against Defendant, LVPG FAMILY MEDICINE-BANGOR a/k/a BANGOR MEDICAL CENTER, INC. on December 8, 2017 is hereby VACATED by agreement of the parties. It is further agreed by counsel for the parties that this Stipulation may be executed in counterparts, each of which shall be deemed an original by any party whose signature appears thereon, and all of which shall together constitute one document.

WEISS & PAARZ, P.C.

_(signature)_

JESSICA L. RODIO, ESQUIRE
Attorneys for Plaintiff

GROSS McGINLEY, LLP

_(signature)_

MICHAEL J. BLUM, ESQUIRE
Attorneys for Defendant, LVPG Family Medicine-Bangor a/k/a Bangor Medical Center, Inc.

| | |
|---|---|
| KIMBERLY KISELLA, Individually and as Executrix of the ESTATE OF NICHOLAS KISELLA, Deceased,<br><br>Plaintiff<br><br>vs.<br><br>PHILIP J. CINELLI, D.O.; LVPG FAMILY MEDICINE-BANGOR a/k/a BANGOR MEDICAL CENTER, INC.; JOHN/JANE DOE PROVIDERS A-Z (multiple fictitious persons and/or entities); JOHN/JANE DOE EMPLOYERS A-Z (multiple fictitious entities, j/s/a<br><br>Defendant | IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION – LAW<br><br>NO. 5:17-cv-04512-JLS<br><br>TRIAL BY A JURY OF 12 AND 2 ALTERNATES DEMANDED |

## ORDER

**AND NOW**, this __28th__ day of __December__, 201_7_, upon consideration of the Stipulation of the parties to Vacate Default Judgment;

**IT IS HEREBY ORDERED AND DECREED** that the Stipulation is **APPROVED**, and further that the default judgment entered against Defendants, LVPG Family Medicine-Bangor a/k/a Bangor Medical Center, Inc. on December 8, 2017, in hereby vacated.

BY THE COURT:

/s/ Jeffrey L. Schmehl
_____
**JEFFREY L. SCHMEHL, J.**