WEISS & PAARZ
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(215) 238-9200
ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY KISELLA, Individually and as Executrix of the ESTATE OF NICHOLAS KISELLA, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP J. CINELLI, D.O.; LVPG FAMILY MEDICINE-BANGOR a/k/a BANGOR MEDICAL CENTER, INC.; JOHN/JANE DOE PROVIDERS A-Z (multiple fictitious; persons and/or entities); JOHN/JANE DOE EMPLOYERS A-Z (multiple fictitious entities), j/s/a,<br><br>Defendants. | CIVIL ACTION NO: 5:17-cv-04512-JLS |

### CONSENT ORDER

This matter having been presented to the Court by Jessica L. Rodio, Esq., attorney for the plaintiffs, and counsel for the parties identified below having consented thereto;

IT IS, on this ___25th___ day of ___Jan.___, 2018, hereby ORDERED that the within matter is to be transferred to Pennsylvania State Court, Northampton County, adopting the 10/10/17 filing date, pursuant to 41 Pa.C.S. § 5103, upon plaintiff's filing of a certified transcript of the pleadings from the within federal action with the Northampton County court within forty-five (45) days of receiving a signed copy of this Order from the United State Federal Court for the Eastern District of Pennsylvania;

IT IS further ORDERED that a copy of this Order be provided to all parties within seven (7) days.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl

_____

HONORABLE JEFFREY L. SCHMEHL, J.

s/Jessica L. Rodio, Esq.             s/Laurie Shannon, Esq.
Jessica L. Rodio, Esq.               Laurie Shannon, Esq.
Counsel for Plaintiffs               Counsel for Defendant Philip J. Cinelli, D.O.

Page Four of Four

_____  
Jessica L. Rodio, Esq.  
Counsel for Plaintiffs

_____  
Michael J. Blum, Esq.  
Counsel for Defendant LVPG Family Medicine-
Bangor a/k/a Bangor Medical Center, Inc.